UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Rebecca Welch,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 3:16-cv-02012-JBA |
| **Tek-Collect Incorporated; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to F̲ed̲. R. C̲iv̲. P. 41(a) within 60 days.

**Dated January 30, 2017**

                                                             **Respectfully submitted,**

                                                             **PLAINTIFF Rebecca Welch**

                                                             ***/s/ Sergei Lemberg***

                                                             **Sergei Lemberg, Esq.**
                                                             **LEMBERG LAW, LLC**
                                                             **43 Danbury Road, 3rd Floor**
                                                             **Wilton, CT 06897**
                                                             **Telephone: (203) 653-2250**
                                                             **Facsimile: (203) 653-3424**
                                                             **Email: slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

  I hereby certify that on January 30, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            */s/ Sergei Lemberg*

            **Sergei Lemberg, Esq.**